WITCO CHEMICAL CORPORATION v. THE
JOHANSEN COMPANY.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HIAWATHA BIBBY AND
BRUCE REED.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF E.T.B.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN VINCENT NELSON.

February 8, 1982.

Petition for certification denied.